UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CR-22-3F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| MATTHEW DANIEL TEACHEY | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion to Seal Documents [DE-91]. For GOOD CAUSE SHOWN, Defendant's Motion is ALLOWED, and the Clerk of Court is DIRECTED to seal Defendant's Sentencing Memorandum and its accompanying exhibits [DE-90].

SO ORDERED.

This 12th day of November, 2010.

*/s/ James C. Fox*
JAMES C. FOX
Senior United States District Judge

1